IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DIEGO GARCIA, <br><br>     *Defendant.* | CRIMINAL ACTION NO. <br> **3:23-cr-00003-TES-CHW-3** |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is the Government's Unopposed Motion for Continuance [Doc. 71]. On January 11, 2023, the Government obtained an indictment charging Defendant Diego Garcia with Conspiracy to Possess with Intent to Distribute Controlled Substances in violation of 21 U.S.C. § 841(a)(1); (b)(1)(A)(viii); and (b)(1)(C). [Doc. 1]. Defendant entered a plea of not guilty on February 28, 2023. [Doc. 61].

The Government seeks a continuance because all other Co-Defendants filed motions to continue, which the Court previously granted. [Doc. 71, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** the Government's Unopposed Motion for Continuance [Doc. 71], and this case and its pretrial conference are **CONTINUED** to the Court's June trial term to be tried along with the other Co-Defendants in this case. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the

public and Defendant in a speedy trial and are in accordance with the considerations

required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

     **SO ORDERED**, this 17th day of March, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**